IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LUMA HALIG

    **Plaintiff,**

v.                                     Case No. 1:22-cv-2118

NATIONAL BOARD OF EXAMINERS OF OPTOMETRY

    **Defendant.**

## MOTION FOR ADMISSION PRO HAC VICE

I, Kim Parker, am a member in good standing of the bar of this Court. I am moving the admission of Jason J. Bach to appear pro hac vice in this case as counsel for Plaintiff, Luma Halig.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

   State Court & Date of Admission      U.S. Court & Date of Admission

   Please see attached

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  0  time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT
Signature

Kim Parker 23894
Printed name and bar number

The Law Office of Kim Parker, P.A.
Office name

2123 Maryland Ave., Baltimore, MD 21218
Address

410-234-2621
Telephone number

410-234-2612
Fax Number

kp@kimparkerlaw.com
Email Address

PROPOSED ADMITTEE
Signature

Jason J. Bach
Printed name

The Bach Law Firm, LLC
Office name

7881 W. Charleston Blvd., Suite 165, Las Vegas, NV 89117
Address

702-925-8787
Telephone number

702-925-8788
Fax Number

jbach@bachlawfirm.com
Email Address

| Name of Court | Date of Admission | Registration Number |
|---|---|---|
| State Bar of Nevada | 10/11/2002 | 7984 |
| Nevada Supreme Court | 10/11/2002 | |
| State Bar of Texas | 3/11/2010 | 24071556 |
| Texas Supreme Court | 3/11/2010 | |
| District of Columbia | 5/11/2007 | 974126 |
| Supreme Court of the United States | 11/27/2006 | |
| United States Court of Appeals for the Second Circuit | 2/10/2015 | |
| United States Court of Appeals for the Third Circuit | 4/13/2018 | |
| United States Court of Appeals for the Fourth Circuit | 6/10/2015 | |
| United States Court of Appeals for the Fifth Circuit | 8/10/2011 | |
| United States Court of Appeals for the Sixth Circuit | 6/28/2017 | |
| United States Court of Appeals for the Seventh Circuit | 5/31/2013 | |
| United States Court of Appeals for the Ninth Circuit | 2/11/2003 | |
| United States Court of Appeals for the Tenth Circuit | 10/25/2006 | |
| United States Court of Appeals for the District of Columbia | 7/5/2007 | |
| United States District Court for the District of Colorado | 4/19/2016 | |
| United States District Court for the Northern District of Illinois | 3/6/2012 | |
| United States District Court for the Central District of Illinois | 3/23/2012 | |
| United States District Court for the Southern District of Indiana | 3/8/2017 | |
| United States District Court for the Eastern District of Michigan | 2/19/2016 | |
| United States District Court for the District of Nebraska | 05/02/2022 | |
| United States District Court for the District of Nevada | 10/17/2002 | |
| United States District Court for the Western District of Texas | 12/3/2010 | |
| United States District Court for the Southern District of Texas | 12/28/2011 | |
| United States District Court for the Eastern District of Texas | 8/10/2016 | |