# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| LUMA HALIG <br><br> *Plaintiff(s)* <br><br> v. <br><br> NATIONAL BOARD OF EXAMINERS OF OPTOMETRY <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:22-cv-2118 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NATIONAL BOARD OF EXAMINERS OF OPTOMETRY
c/o Registered Agent
The Corporation Trust, Incorporated
2405 York Road, Suite 201
Lutherville Timonium, MD 21093

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KIM PARKER                                          JASON J. BACH*
The Law Office of Kim Parker, P.A.                  The Bach Law Firm, LLC
2123 Maryland Avenue                                7881 W. Charleston Blvd., Suite 165
Baltimore MD 21218                                  Las Vegas, NV 89117
                                                    *Pro Hac Vice Pending

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/25/2022

Signature of Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-2118

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____           _____
                                                                *Server's signature*

                                            _____
                                                                *Printed name and title*

                                            _____
                                                                *Server's address*

Additional information regarding attempted service, etc: