IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE OFFICE

| | |
|---|---|
| LUMA HALIG, <br><br> *Plaintiff*, <br><br> v. <br><br> NATIONAL BOARD OF EXAMINERS OF OPTOMETRY, <br><br> *Defendant*. | Civil Action No. 1:22-cv-02118-~~MJM~~ RDB |

### ORDER

Upon consideration of the Parties Joint Status Report and Consent Motion to Modify Scheduling Order, and the record in this case, it is this <u>17th</u> day of <u>January</u>, 2023, by the United States District Court for the District of Maryland hereby:

1. ORDERED, that the Consent Motion to Extend Scheduling Order be, and the same hereby is, GRANTED; and

2. ORDERED, that the Draft Scheduling Order deadlines be, and hereby are extended as follows:

| | **Draft Deadline** | **Requested Deadline** |
|---|---|---|
| Moving for Joinder of Additional Parties and Amendment of Pleadings | 2/17/2023 | 3/17/2023 |
| Plaintiff's Rule 26(a)(2) Disclosures | 03/06/2033 | 04/06/2023 |
| Defendant's Rule 26(a)(2) Disclosures | 04/03/2023 | 05/03/2023 |
| Plaintiff's Rebuttal Rule 26(a)(2) Disclosures | 04/17/2023 | 05/17/2023 |
| Rule 26(e)(2) Supplementation of Disclosures and Responses | 04/24/2023 | 05/24/2023 |

1

| | | |
|---|---|---|
| Discovery Deadline and Submission of Status Report | 05/18/2023 | 06/19/2023 |
| Requests for Admission | 05/25/2023 | 06/26/2023 |
| Dispositive Pretrial Motions | 06/19/2023 | 07/19/2023 |

       3.    And, ORDERED, that copies of this Order be distributed to all counsel of record.

/s/
_____
UNITED STATES DISTRICT JUDGE
RICHARD D. BENNETT